IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–25–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALAINA MARIE GARCIA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 47.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Alaina Marie Garcia is charged with two counts of bank fraud, in violation of 18 U.S.C. § 1344 (Counts 1–2), one count of wire fraud, in violation of 18 U.S.C. § 1343 (Count 3), nine counts of engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. §§

1

1957 and 2 (Counts 4–12), and criminal forfeiture, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Garcia's guilty plea as to Counts 1 and 5 after Garcia appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 47) is ADOPTED in full.

IT IS FURTHER ORDERED that Garcia's motion to change plea (Doc. 36) is GRANTED.

IT IS FURTHER ORDERED that Alaina Marie Garcia is adjudged guilty as charged in Counts 1 and 5 of the Indictment.

DATED this 5th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court