Wednesday, March 4, 2026

To/Dear Hon. Judge Dana Christensen,

Good day judge. Thank you for your time reading this letter.

My name is Morena Garcia and I am the youngest of three sisters. You have the unfortunate and momentous job of sentencing my middle sister for her crimes. I am writing today to offer my perspective as a member of our family and one of my sisters' first victims. I hope I can present some connecting dots in my sister's crimes to show that this is far from an isolated event, but in fact a criminal pattern of behavior.

My sister did not commit these crimes in a vacuum. She has been a nefarious character since I can remember but has had my mom and big sister there to help conceal her crimes. To say I was surprised that she plead guilty is an understatement. I thought justice would never come for any of these people. Our dad passed away with no justice served for any of his crimes, even though he was on his 4th DUI and was fighting the jail time. My dad was making fun of people in rehab, while he was in rehab. Very similarly, the Bozeman Daily Chronicle published a second article with my sister after her guilty plea with the title "I look forward to clearing my name". Like father, like daughter. She is a rotten fruit of a poisoned tree.

What was done in the dark, is finally coming to light.

First of all, our dad, Steve. Steve was an abusive alcoholic, however, I am the only member of our family to use these terms. My dad possibly had some bipolar or

1

other mental illness, but a handy catch-22 here is that both of my parents 'didn't believe' in mental illness (it is a left liberal snowflake excuse to get out of duty and discipline), so by their measure, he never had any. What I remember about him was the contrasts, he was very manipulative. Laughing and joking, putting on a little show in front of people, then within minutes could flip to be the devil. When he was mad, which was often, he left bruises and took a pound of flesh. Both of my parents were military, conservative and, let's call it, Old Testament Catholics.

Then our mom Loretta. The old battle axe. Our mom is a very accomplished lady, but has her flaws. For being a 'good Catholic' two of her most negative traits is that she is willing to go to extraordinary lengths to preserve what she likes to think is a 'perfect family', including enabling my dad and sister, and that she is a liar when it suits. Now with my sisters guilty plea being published in the paper, she is doing incredible mental gymnastics to spin this situation to claim she had 'no idea' what my sister was up to. This is particularly offensive to me as I tried to tell all of these people 12 years ago some of what my sister was up to, but my mom and sisters closed ranks and turned their backs on me. Another relevant detail here is that my mom got Alaina's criminal record expunged from when she was in high school- one of the charges she faced back then, and did community service for, was theft from Walmart.

The role I played in our family was the scapegoat and my two big sisters were to be the golden children. My dad's drinking and violent behavior really went on the upswing when he felt like he was losing control of my sisters when they entered high school. Our dad is where we get our Latinx heritage from, but for my

machismo dad, who desperately wanted a boy child and only got daughters, this manifested in us being treated like military recruits instead of humans. After both of my sisters graduated from high school and were off to college, my mom told me she was finally going to leave my dad but we would have to pack everything below the surface and move out in secret because he had guns and was going to shoot us for disobeying him.

Much differently from my sisters, my high school experience was misery. I was being used as an instrument to inflict financial punishment on both parents. My mom didn't want 100% custody but my dad resented having to pay child support for the fatty (I've always been a little chubby, just like my mom).

This time was made worse by Alaina trying to corner me, scream at me that I caused our parents divorce, I should kill myself, and while we 'suckled at the same tit, I was still allowed in the house'. That last example was what made me the most scared of her. All of those things are awful, but she would also scream things that just didn't make any sense. Mental patient crazy things. She had been becoming increasingly violent, but if I tried to talk to her about her behavior or anger, she would look at me like she had no idea what I was talking about. This is when I started to know that something was terribly off with her. If I asked my family for help with her, they laughed at me and told me 'she would never say those things!'.

However, it was also during this time that I was diagnosed with ADHD. I was interrupting in class and couldn't sit still. As I have already mentioned, my

parents didn't believe in mental illness, so the words that my mom found to describe me were 'problem with authority, demons were in my soul, willfully disobedient' and I think that made it easier to to giver herself a pass and increase my corporal punishments. Spare the rod and all that.

I bring these things up because of the eye of the needle that Alaina has been attempting to thread for all of these years is the balance between her lies and reality. I didn't realize it at the time, but I had just been made the doormat dumping grounds for these people. Any bad behavior they had could be blamed on me somehow. My dad had told me that even if I found the courage to tell anyone what he was doing, it would be no use because no one would care. My mom let her biases get the better of her and it was easier for her to make me a scapegoat so she could dehumanize me. Being the scapegoat was the perfect foil for Alaina. She could lie to our mom, blame me for her deeds, and our mom would punish me. The scapegoat is a very lonely and unfair role.

These patterns really came to light after my dad died. It was alcohol related, I wasn't making that up like my mom and sisters say, but it was the settling of his estate where Alaina really put her manipulation tactics on full display, at least to me.

The first thing she screamed at me in the lawyers office before my uncle escorted her out was 'Grave robber! Gold digger!'. With the present gift of hindsight, the irony is not lost on me that she was just describing herself. My dad died intestate and his estate and assets should have been split evenly and fairly between the

4

next inheritable descendants, which would have been us three girls. I agreed that our oldest sister, Michaela, be the executor of the estate because I thought as a ranking officer in the Air Force, she would have the character and integrity to follow the law, as she swore to do when she took her oath of office. I was wrong. The bond between the golden children was a force that I underestimated, although I don't know what else I could have done in this situation. They would not make me the executor, and I certainly wouldn't allow Alaina to take that role. Alaina did not like this at all. She made quite a show of her displeasure. Her first suggestion was to split the estate 50% to her, and our big sister and I should have 25% each. What actually happened is very much worse.

My sisters got my mom, who had been divorced and remarried at this time, involved. Our mom should not have been involved, per Montana Code Annotated, Title 72, 2, 112. There was this one property, our dad's office at 214 S. Black, that was located in a historic district of Bozeman that my parents had bought in the 90's. It was my vote that we sell this property on the open market, like all of the others, but my mom and sisters closed ranks and shut me out. This is where something very odd happened. The current valuations at the time listed it around $324k but I thought this was a wildly low number. My mom and sisters bullied and emotionally manipulated me to sign off on selling this house to Alaina for the song of $175k. "Your dad would have wanted his grandkids to grow up there!" "Morena is a bleeding heart starving artist liberal! She will lose the house!"

I held out for months but I was tired of fighting over a dead man's things with these women who wouldn't listen. Alaina had been pregnant, through adultery to

use the Catholic terminology, with baby No. 1. The father is Christopher Fanuzzi who is now suing Alaina for fraud as well as perjury because of the illegal things she did to him while they were associated. I knew Alaina had been selling weed out of our mom's house, which was very illegal at the time, on both state and federal levels. I knew that she had been completely lying to our mom about the real reason for the dissolution of her marriage. However, my voice was silenced because, since I have all of these 'liberal snowflake' emotional problems, no reasonable person should have to give any credence to trash, my family reasoned.

I got a one time cash payment of $39k and Alaina got the house. I became estranged from my mom and sisters. I lived in a bus for 3 years with no running water and barely any heat to save up enough to start my business. I am a jeweler, and my company is called Fly Free because I had to get away from these people - Caw Caw! I did lots of bootstrapping and while it's a humble living, at least I have tax returns. And I have actual products, where as Alaina has never had an employee a day in her life and while she likes to say that she is the head/CEO of multiple companies, CBD skincare, property management, I have yet to see a single product or legitimate service. I took $0 in PPP loans since I am the primary worker in my business and that money was for payroll expenses.

It was during this time that my mom gave Alaina somewhere around $100k over multiple years. Alaina sometimes taught Spanish lessons out of my mom's house, but she never really had a job, so she couldn't pay the mortgage on 214 S. Black. When my big sister found out how much money our mom had been giving her, and told my mom to stop, effectively cutting off the money tap, the version of Alaina

Wednesday, March 4, 2026

that I had been getting for years came about to bear on my mom and big sister. At first, she tried regular old blackmail: give me money or you won't see your grandkid. Unfortunately, my mom had to change all of the locks and codes on her house because Alaina had been stealing from her. Then Alaina started posting photos of both my mom and big sister in their military uniforms to social media, with captions along the lines of 'these are the people trying to take my baby from me.'

Alaina lost 214 S. Black to foreclosure within 7 years to cover her debts of over $948k. If our big sister hadn't stepped in, my mom would have been swindled even more. She did/does have the resources to buy 214 S. Black or other similar property, and if Alaina could have managed it, she would have gotten my mom to cover her financial liabilities. It was at the end of this time (2020/2021) that Alaina committed the fraud that is contained in this federal case and now has her guilty plea, but it is by far not the first of her crimes.

One of the reasons she lost that house is she accepted a predatory loan at an 85% interest rate, according to the Chronicle article. She somehow found a way to file a lawsuit against that company and had four lawyers from Louisiana come up to Bozeman for litigation, and sweet talked our stepdad's nephews who manage a hotel to put up those lawyers for the duration of the two week trial. The bill was over $4k, but of course she couldn't pay, so my mom and stepdad paid it. The motel is called the Sapphire (used to be called the Royal 7) and the Klatt's are the managers and my stepdad's nephews.

And that is how she met baby daddy No. 2! He was one of the lawyers litigating the predatory loan case. It sounds like the wool is coming off from over his eyes, but I have a sneaky feeling that the continuances for this federal case were his doing. This poor man got caught up in Alaina's predatory pattern. Find a mark, get hooks in, get as much financial output as she can, when they are no longer useful, discard. Before she tried to wipe them, there were multiple scathing reviews on her rental property business. Accusations of Alaina keeping deposits, properties in horrible conditions, interference with guests from the landlady (Alaina). I took screenshots of these, but since they are not either my first hand account, or a verifiable family member, I won't go into them.

I am writing all of this to you today because when our dad died, any chance of justice for his crimes died too. As a minor, I didn't know about gathering evidence and securing timelines, and I was very much still scared of him. Alaina has picked up on many of his cons and tweaked them or improved them to suit her purpose. She used my position as scapegoat to enrich herself personally and keep our mom fixated on me as the problem, while syphoning off as much money from our mom as she could. I have a list of names and phone numbers from American Express to a real estate company on the east coast because Alaina has been using my phone number, I guess to leave false trails? The callers usually hang up or say they cannot disclose their reason for calling if I ask, but they are always on recorded lines. Once I learned that Alaina had used my mom and stepdad's SSN's in this fraud scheme, she very easily could have sensitive information like SSN's of myself and my big sister because my mom kept all of our family documents in a fire safe in her house. I know it's not related to this crime specifically, but I will

probably be paying for identity protection for the rest of my life because of my sister.

In conclusion, it is very sad what happened to our family. The relationships are forever broken, at least from my side. I stated earlier that my mom would do anything to keep the image of her 'perfect family'. I don't know if she is capable of withstanding Alaina's confidence schemes. If our big sister hadn't stepped in, I have not a single doubt that Alaina would have fleeced our mom for every cent she has. After my mom changed all the locks and codes on her house, she still invited Alaina, her newest grandchild and baby daddy No. 2 to Thanksgiving at her house because she can't help it - children are a gift from god. This makes me sad for her, although without her enabling ways, my sister would not have been able to commit these serious crimes. I may not have the best opinion of our mom, but she did work very hard for many years and deserves to have her retirement and the funds that she worked so hard for.

My motivations for writing today are mixed. Revisiting these memories bring up sadness, anger, betrayal, disbelief, and on and on, ad nauseam. But the facts remain. 214 S. Black is gone. I don't have the financial resources to sue my mom and sisters for fraud, improper disclosures, perjury, dereliction of duty as executor of estate, I could probably think of a couple more but that's not the point. 12 years has passed, although neither my mom or big sister were rushing to do the right thing after it went into foreclosure. I only found out about the $948k (that was just the debt she paid off, but she could have received more, my records request has not come back) from the Chronicle article.

I am writing today for the child I was, and the adult I could have become. I am very proud of what I've built, but in the last 12 years, I've paid roughly $334k in rent and have nothing to show for it. That stings. But I am also writing for Alaina's children who have already gone through chaos, instability, sadness and confusion at losing their mom, being separated from their grandma and family over money. More so than my sisters, I know what that is like. They always had each other in the confusion of our home life, I was left to go it alone.

When I was a sophomore in high school (age 15), being used as a pawn between two dysfunctional, delusional, violent and nasty people, Hon. Judge Holly Brown who was adjudicating my parents divorce, did something I will never forget. She called me into chambers, and asked that I would not be accompanied by either one of my parents. Both my mom and dad had done varying degrees of grooming so I knew that I shouldn't mention certain things they had done behind closed doors. If I were to mention them, I knew wrath and retribution would be waiting for me. I was very scared and alone. One of the first things Judge Brown said to me in her chambers was 'both of your parents are lying to me, and I can't tell which one is lying more.' I was shocked and stunned. I had never heard anyone be honest like that about my parents. A lifetime of being beat over the head with 'honor thy father and mother' even at the expense of my own physical, mental, and emotional health, had created a mental cage that took many years to extract myself from.

I will forever be grateful to Judge Holly Brown for that time she took with me. She allowed me to advocate for myself, she listened to some of my stories, and promised she wouldn't tell my parents what I told her if I told the truth. She was furious at my stories, but heard me when I told her I was going to keep my head down until I wasn't a minor and could get away from them because I didn't want to go into the foster system.

I didn't realize how much of a difference having that one adult listen to me and speak to me like a human being would make, but it made all of the difference in the world. She validated what I had been too scared to tell anybody else - that my parents were liars and were causing me harm because they only ever cared about themselves. This was how I knew that what Alaina had been doing was wrong on many different levels as well, even though all of the members in my family were gaslighting me and telling me I was too emotional and making up stories about her.

There were times in that cold bus that I almost started to believe them, their gaslighting was that powerful and pulled on my emotional levers of being loved and have a place to belong. To this day, I still have anxiety and insomnia, but I have been able to get off of the antidepressants. Meds have helped with ADHD enormously. And finally seeing that guilty plea in the paper, it was almost a visceral feeling that I have not felt since that day in Judge Holly Brown's chambers. I have felt more peace in these last few weeks than I have in 12 years since my dad passed. Other people see what Alaina is too. I wasn't lying. I wasn't

making all of the stories of my lived experience up. An enormous weight has been lifted from me.

If not for my story, for Alaina's children, please let them have some peace away from her chaos until the day when they can advocate for themselves. Giving me that little validation, that sense of self and self confidence, that was an enormous gift that Judge Holly Brown gave me. You now have the chance to do the same for my sister's children. No child should be used as a pawn or a piece of blackmail. No child should be used as an enrichment scheme for their parent.

I don't think my sister can stop herself from continuing this behavior. If given the chance, she will repeat her pattern in a heartbeat, baby No. 2 came in right when baby daddy No. 1 finally sued her, his money tap was finally turned off, although he has been paying the $8k/mo mortgage on the house that Alaina has been living in and is claiming squatters rights. Just like my dad, the second article in the paper told me she doesn't think she has done anything wrong and is waiting for her mom and our big sister to come clean up her mess, like they have been doing for our whole lives.

I can't change what happened to me, but with lots of therapy and some wine, I am overcoming it. If I know my sister she has probably been trying to find an angle on her parole officer, she has probably submitted to the court that she is a hard working minority from a troubled past, but is looking for a break. At the same time she is hoping that no one (like me) comes out of the woodworks to provide connecting details in her perfidy. She is a confidence scammer, that's the only

Wednesday, March 4, 2026

thing I could think when I saw the public disclosures of her crimes before this guilty plea. I think she genuinely thought no one would ever question her, or if they did, she would come across as a silly little girl and would get a slap on the wrist. As long as she keeps her victims in isolation, then no one would ever know the full story. Just like our dad and mom taught us.

We came from the same place, but she had a million dollar benefit that I did not. She had the money tap from our mom for years, I did not. Yet somehow I have tax returns, a small business, I adopted two pups last year and I have pilot's license. I have no criminal record, now or expunged. I have worked hard to make an honest living in spite of my family. My sister had choices besides fraud, but committed these crimes because fraud is the most natural thing for her to pursue.

A long long time ago, I decided if I do nothing else in this life besides not repeat the things my parents did to me, then my life had purpose. Part of that promise to myself is trying to help my sister's children, who did not get to choose their mother who is repeating many of the sins of our parents. At least until they can advocate for themselves one day, and choose the kind of life they want to live.

Please give my sister the maximum sentence so we can all get on with our lives.

Thank you again for your time reading this letter.

Best,

Ms. Morena Garcia

13