Friday, March 6, 2026

To/Dear Honorable Judge Dana Christensen,

Some of the information in my previous letter was to the best of my knowledge at the time of writing, but with some digging, here are some corrections:

- 214 S. Black was not lost to foreclosure. American Land Title filed a lien in 2021, but it was cancelled 4 days later. Alaina sold 214 S. Black for the financial benefit of $1.295M in a trustee sale to a private buyer in 2021. The Chronicle article stated that the collateral property was sold to cover her debts of $948k. My aunt had told me it was a foreclosure sale, and I used that term, but that was incorrect. I'm not a real estate agent, so my understanding from the county clerk's office is that without the private buyer, the lien would have stood until the loan was paid or the house would go into a foreclosure sale. I have a friend who is a real estate agent and was able to logon to that system to see the sale amount of $1.295M. I also spoke briefly with a representative of Gerharter LLC, which is now Black Diamond Real Estate, who was involved in the sale and he was unsurprised at this turn of events and my sister's guilty plea.
- In regards to scathing reviews of her business practices, there is a case number from Gallatin Municipal Small Claims Court (case number: SM-100-2023-71), Elizabeth Andrews vs. Alaina Garcia. Ms. Andrews had attempted to get her security deposit back from Alaina when the rental premises were not as described, but was unable to do so. The court ruled that Alaina's wages shall be garnished if she ever gets a job, but at this time the amount has not been repaid. I did not want to include spurious accusations, since this is an actual court case, I hope this passes as an example of her inclinations for underhanded dealings.

Friday, March 6, 2026

I also had the realization while typing these that you probably already have access to her criminal record and past/present/pending court cases. I apologize if I came across as overly redundant.

My final point, which is the most unfortunate, but relevant in understanding how my sister turned out this way, is that if my mom writes a letter to the court, she might be lying in it. She can really convince herself of her version of events. She sent me a text on Wednesday, March 04, 2026, that I've included below. I found this text message to be bizarre, considering her level of involvement at every phase of Alaina's criminal career and her illegal involvement in our dad's estate, and her historic dislike of me. It's been awhile since I was on the debate team in high school, but I think the singing in the rain part of her text is a red herring fallacy because that is a massive pivot to the end.

The last time my mom and I had contact was the summer of 2025. To say the nature and content of this text is suspicious is underselling it. Where is the fire and brimstone? Why would she send me this... now. I think she included the line of 'the information I had at the time' to mean that I must not exist. I had tried yelling, screaming, crying, I wrote letters, I tried counseling to get my mom to listen to me about what Alaina had been doing behind closed doors at the time of my dad's death. He died right after I had graduated college but I had been trying to get help with Alaina from my family since I had been in high school. And maybe she thinks she forgot about getting Alaina's record expunged? She also filled out Alaina's divorce paperwork for her, even though Alaina was a capable adult, committed adultery and the Catholics aren't big on divorce. Alaina's ex-husband showed me his divorce decree, my mom's handwriting is very distinctive. My mom has been willing to overlook any sin her golden calf may have been committing,

Friday, March 6, 2026

if it meant that her family image remained shiny and bright. She just *forgot* about those little oopses.

A lifetime of dealing with these people who are banking on others not paying attention to the fine print and connecting the dots, it takes a lot of energy. I'm exhausted. My mom's new line she is trying out, is that she is 'feeble minded.' This is another one of her whoppers. For the entirety of our lives she has been prideful about her accomplishments, as she should be, she is an accomplished lady. The introduction I remember is 'RN/MSN, Lt. Col (ret.), Director of Education at Bozeman Deaconess Hospital, Author of collegiate level textbooks (used for 15 years in community college of nursing programs) written about triage from her wartime deployment in Operation Desert Shield, the pre-deployment of the Gulf War.' I could be out of line here, but that introduction doesn't sound like someone particularly feeble minded to me.

This behavior has been going on for a long time. My mom used Occam's razor to keep me quiet for the last 12 years. She told multiple people false rumors about me in the first few years after my dad's estate was settled…. oddly. I knew my mom and sisters had done something, but I couldn't prove anything. My mom wanted to shut me up and I had several of these encounters over the years.

In 2016, when I was still living in the bus, showing up to every farmer's market, every outdoor show I could get into to sell jewelry, I had a booth at the summer SLAM festival in Bogert Park in Bozeman. A lady came in my booth with a concerned look on her face and asked me 'honey, are you okay?!' I had no idea what she was talking about, and asked her what she meant. She told me she sat next to my mom on an airplane ride, and

Friday, March 6, 2026

my mom told her about her two angel baby girls, Michaela and Alaina, but it was so unfortunate what happened with her termagant third child, Morena. Although my mom loved me so, she couldn't figure out why I would cut off contact with her and my sisters when they had been nothing but loving and supportive of me. My mom's heart was so sad for me because she knew I had been sleeping in a sleeping bag on the floor of my studio.

This is how I found out there was no depths my mother wouldn't sink to keep up her image of her golden girls and their successful family unit, sans me. I learned very quickly that day that if I responded with anything other that casual professional dismissal, the 'reasonable doubt' that my mom had planted with these strangers in our community was that out of four women remaining in our family, the matriarch, Lt. Col. Ret., the Air Force Officer, and the college grad with a degree in mathematics from a Catholic College (praise Jesus!) were the strong statistical majority in this little family squabble, nothing more than quibbles. If nothing else, she was protecting her legacy from the starving artist freeloader (who always had an unexplainable anger problem!) I've learned in therapy that this is called DARVO, but the overall concept is that if three out of four women is saying the fourth is lying, the simplest answer is that the majority would be right. However, this psychological trauma has been anything but simple.

The bus was not much better than a sleeping bag, but this is how I know she was fibbing. She always includes oddly specific details to embellish her stories. I never once slept in a sleeping bag on the floor of my shop, she certainly never got that from me. She never cited her source either, but if I was a gambling man, I'd put my money on Alaina making that one up. Alaina loved that she was in a million dollar house and I was clawing my

Friday, March 6, 2026

way out from below the poverty line. Humiliation is something she has always loved, along with showing me demonstrations of how much power she had over our mom. If she had not plead guilty to these crimes, my mom would have never sent me a text like that. And over the last two years, since the IRS agents came to visit my mom, she has made me some strange offers. Like she 'sees now that I'm a hard worker and would help me get a house, but we would have to have a relationship. And if I could just admit that any of my memories of my lived experience, especially ones that paint her in a negative light, are actually false memories, then she would "help me get a house"'. That's not how false memories work, but I thought this was important to include because like mother like Alaina. Based on that second article, it would seem Alaina is having a 'false memory' of pleading guilty, because she is actually innocent?!

A cruel part to all of this is that the day after my dad passed away, my mom and sisters and I all went with my aunt Eileen and uncle Bruce to secure Steve's properties and valuables. The body had been removed, but the blood remained. It was not a good death. What I saw in that condo has haunted me. Everyone was going to gather at my mom's house for dinner, family coming together to console each other in grief. Alaina put on one of her best performances yet. My mom, my aunt Eileen and uncle Bruce took me out into the garage and the first line they tried was 'Well, Morena, you weren't even close with your dad, so you are fine!!' But then they moved to 'we think it would be in best interests of everyone if you weren't here, since you are upsetting Alaina so much.'

They took me out into the garage and told me to leave because compared to Alaina, my person and my emotions matter not at all. I spent that night alone and it was horrible. With that in mind, I am always very suspicious when my mom is trying to be anything

Friday, March 6, 2026

other than vengeful wrath. My mom has not written me such a kind-ish (?), albeit looney, text message ever. I found the Singing in the Rain part... strange. If I didn't know better, I'd say she's trying to lay down some plausible deniability to remove herself from any culpability in my sister's crimes. But don't tell her I said that! It would be just like the little termagant to be so disrespectful to insinuate that my mom could ever tell a lie (that's sinning and she is a good catholic that HATES sinning.)

I can tell by submitting corrections and trying to cite verifiable sources that I have been dealing with these people for too long. I have made a lot of progress on stopping this, but I'll also apologize for writing a short novel in these letters. I have been dealing with the psychological impacts of not being believed by people I have never met because my family was gaslighting myself, themselves, random people in the general public about Steve and Alaina's true natures, and about themselves, therefore about me as well. It was a very underhanded thing for my mom and sisters to do. It has made my job all that much harder and I resent my family all the more, knowing what I know now. On a personal level, I lost what I knew as family from all of this.

I truly thought justice would never come for any of them. It has been a terrible confirmation about my mom and biggest sister's characters. Both of them enabled Alaina and are complicit in some of her schemes. Before this guilty plea, the story of my family sounded like tall tales, stacked on tall tales, even to me sometimes and I lived them. That second article was too scarily on brand for what I know these people to be capable of (I pasted the link below). Alaina is quoted "the employees were paid first... (she asks sic. people) reserve judgement until I am provided the opportunity to address these allegations in court.' Knowing that two of the SSN's she used in her scheme are my mom

Friday, March 6, 2026

and stepdad is chilling. Knowing she didn't have employees is wild. Knowing that she has plead guilty but is trying to spin her innocence to a reporter is some next level cognitive dissonance. Reading that article almost made me sick. I hope Alaina can't un-plead guilty or I will have to get carted off to the crazy house.

I am happy to answer any questions, or provide further validation for my claims. I tried to leave verifying information in the previous letter, but I have the texts messages of my mom trying out the 'feeble minded' line, and the name of the lady my mom sat next to on the airplane, I could probably get her phone number. I have the phone numbers for my aunt and uncle, but I cut off contact with them as well over all of this. I hope they would tell the truth if the court asked, but I have an email from my uncle where they were trying to get me to come to a Thanksgiving some years after my dad's death, and I remind them that I was asked to leave so why would I come back, and he confirms that event happened, but that I should just get over it.

I'm looking forward to this all being over soon.

Thank you again for your time.

Best,

Morena Garcia

Text message from Loretta Benz(Garcia)



Link to second article:

https://www.fairfieldsuntimes.com/news/state/i-look-forward-to-clearing-my-name-

perjury-probe-could-change-fate-of-bozeman-womans/article_a98c10b5-117a-595c-

ae9e-4684fa02795a.html