Reception # 766869, 04/01/2026 12:35:15 PM
Page: 1 of 3 Rec Fee: $43.00
Teri A Stephenson, Delta County, CO Clerk and Recorder

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 247-4684
Fax:     (406) 657-6989
Email:  Colin.Rubich@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ALAINA MARIE GARCIA,<br><br>Defendant. | CR 24-25-BU-DLC<br><br>**NOTICE OF RELEASE OF**<br>***LIS PENDENS*** |

The United States hereby releases and discharges the *Lis Pendens* it recorded

with the Delta County Recorder's Office on September 13, 2024 (recording number

755474), which gave notice of the United States' intent to forfeit the real property

located at 12991 Highway 65, Eckert, Colorado 81418 in Delta County, Colorado,

1

Tax IDs 323713200054 and 323713200038, titled in the name of Bluebird Property

Rentals, LLC (a Montana limited liability company). This real property, together

with its buildings, improvements, appurtenances, fixtures, attachments, and

easements, is more particularly described as follows:

PARCEL 1:

> PART OF THE NE1/4 NW1/4 OF SECTION 13, TOWNSHIP 14 SOUTH,
> RANGE 95 WEST OF THE 6TH PRINCIPAL MERIDIAN, DESCRIBED
> AS COMMENCING AT POINT 19 RODS WEST OF THE NORTH 1/4
> CORNER OF SAID SECTION 13; THENCE SOUTH 21 DEGREES
> WEST 21.37 FEET TO THE NE CORNER OF THE TRACT CONVEYED;
> THENCE SOUTH 21 DEGREES WEST 78.83 FEET ALONG THE WEST
> SIDE OF STATE HIGHWAY 65; THENCE NORTH 71 DEGREES WEST
> 112.07 FEET; THENCE NORTH 21 DEGREES EAST 9.73 FEET;
> THENCE SOUTH 69 DEGREES EAST 2 FEET; THENCE NORTH 21
> DEGREES EAST 30 FEET; THENCE EAST ALONG THE SOUTH SIDE
> OF PUBLIC ROAD 120 FEET TO POINT OF BEGINNING EXCEPTING
> THEREFROM A PARCEL OF LAND LOCATED WITHIN THE NE1/4
> OF THE NW1/4 OF SECTION 13, TOWNSHIP 14 SOUTH, RANGE 95
> WEST OF THE 6TH PRINCIPAL MERIDIAN, HAVING A
> DESCRIPTION BASED UPON A BEARING OF NORTH 87 DEGREES
> 33' 10" WEST FROM THE 1/4 CORNER COMMON TO SECTIONS 12
> AND 13 (MONUMENTED BY A 3 1/4" ALUMINUM CAP PLS25972)
> TO THE SECTION CORNER COMMON TO SECTIONS 11, 12, 13 AND
> 14 (MONUMENTED BY A 3 1/4" ALUMINUM CAP PLS25972), WITH
> ALL OTHER BEARINGS RELATIVE THERETO AND BEING MORE
> PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A
> POINT ON THE NORTHWESTERLY RIGHT OF WAY LINE OF STATE
> HIGHWAY #65 FROM WHENCE SAID 1/4 CORNER BEARS NORTH
> 77 DEGREES 05' 59" EAST 357.43 FEET; THENCE NORTH 71
> DEGREES 04' 26" WEST A DISTANCE OF 114.71 FEET; THENCE

Reception # 766869
04/01/2026 12:35 PM  Page 3 of 3

NORTH 22 DEGREES 41' 56" EAST 5.73 FEET; THENCE SOUTH 68 DEGREES 12' 40" EAST 114.47 FEET TO THE POINT OF BEGINNING,

PARCEL 2:

PART OF THE NE1/4 NW1/4 OF SECTION 13, TOWNSHIP 14 SOUTH, RANGE 95 WEST OF THE 6TH PRINCIPAL MERIDIAN, BEGINNING 19 RODS WEST OF THE NORTH 1/4 CORNER OF SAID SECTION 13; THENCE SOUTH 21 DEGREES WEST 21.37 FEET; THENCE WEST PARALLEL TO SECTION LINE 120 FEET; THENCE SOUTH 21 DEGREES WEST 30 FEET; THENCE NORTH 69 DEGREES WEST 2 FEET; THENCE SOUTH 21 DEGREES WEST 100 FEET TO THE NORTH LINE OF THE CURRY TRACT; THENCE NORTH 69 DEGREES WEST 33.2 FEET TO A CORNER POST; THENCE WEST IN A LINE PARALLEL TO SUBDIVISION LINE 90 FEET TO THE EAST BANK OF SURFACE CREEK; THENCE NORTHWESTERLY ON THE EAST BANK OF CURFACE CREEK TO A POINT ON THE SECTION LINE 653.5 FEET WEST OF THE NORTH 1/4 CORNER OF SAID SECTION 13; THENCE EAST ON SECTION LINE 340 FEET TO PLACE OF BEGINNING,

COUNTY OF DELTA, STATE OF COLORADO.

Tax IDs: 323713200054 and 323713200038.

DATED this 1st day of April, 2026.

TIMOTHY J. RACICOT
Acting United States Attorney


 /s/ Colin M. Rubich
COLIN M. RUBICH
Assistant U.S. Attorney
Attorney for Plaintiff, United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2026, a copy of the foregoing document was served on the following by the following means.

| | |
|---|---|
| 1 | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery Services |
| _____ | Fax |
| _____ | E-Mail |

1.  Clerk of Court

 /s/ Colin M. Rubich
COLIN M. RUBICH
Assistant U.S. Attorney
Attorney for Plaintiff, United States

4