Joseph A. Crone
Gibson Perryman, PLLC
115 North Broadway, Suite 202
Billings, Montana 59101
P: (406) 571-4423; FAX: (901) 472-4169
E: joseph@gibsonperryman.com
Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>v.<br><br>ALAINA MARIE GARCIA,<br><br> Defendant. | Cause No.  CR-24-25-BU-DLC<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING PURSUANT TO 18 U.S.C. §3161** |

ALAINA MARIE GARCIA, the above-named Defendant, by and through her counsel of record, Joseph A. Crone and Gibson Perryman, PLLC, moves the Court, pursuant to 18 U.S.C. § 3161 to continue Sentencing Hearing.

Ms. Garcia appeared for her Change of Plea Hearing on Wednesday January 21, 2026.  After Ms. Garcia changed her plea, this Honorable Court rendered an Order setting Defendant's Sentencing Hearing before the Honorable Dana L. Christensen on May 20, 2026 at 1:30 p.m. at the Russell Smith Courthouse, 201 E. Broadway in Missoula, Montana (Doc. 45.) Said Order also directed the United States Office of Probation and Parole to complete a Pre-Sentence Report prior to

1

the Sentencing Hearing of this matter, and also set deadlines for the United States Office of Probation and Parole to abide by concerning the filing of said Pre-Sentence Report.

Counsel for Ms. Garcia, Attorneys Joseph A. Crone and Theodore Watson, have been working with Ms. Garcia to provide information to the United States Attorney's Office. Said cooperation with the United States Attorneys Office is, upon information and belief, ongoing.

In addition, Counsel for Ms. Garcia, Attorneys Joseph A. Crone and Theodore Watson, received a draft Pre-Sentence Report on Good Friday, April 3, 2026. Attorney Joseph A. Crone departed the State of Montana for the Commonwealth of Puerto Rico for a prior planned trip dating back to November 2025. Essentially, Attorney Joseph A. Crone had 7 business days to digest the draft Pre-Sentence Report and to meet with Ms. Garcia to discuss objections to Pre-Sentence Report. Ms. Garcia's objections to the draft Pre-Sentence Report are due to the United States Office of Probation and Parole April 17, 2026. As such, Attorneys Joseph A. Crone or Theodore Watson are requesting additional time to consult with Ms. Garcia to serve objections to the Pre-Sentence Report on the United States Office of Probation and Parole. Attorney Joseph A. Crone has consulted his calendar and would respectfully request to continue the Change of Plea hearing of this matter to August 20, 2026.

Attorney Joseph A. Crone discussed this matter with AUSA Colin Rubich

and Mr. Rubich does not oppose continuing the upcoming dates of this matter.

RESPECTFULLY SUBMITTED this 17th day of May, 2026.

ALAINA MARIE GARCIA

*/S/ Joseph A. Crone*
GIBSON PERRYMAN, PLLC
Joseph A. Crone, Attorney
　　Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>
L.R. 5.2(b)

I, Joseph A. Crone, Attorney for Defendant, hereby certifies that ON April 17, 2026 a copy of the foregoing document was served on these persons by the following means:

<u>1,2</u>   CM/ECF

_____   Hand Delivery

<u>4</u>   Mail

_____   Overnight Delivery Service

_____   Fax

<u>3</u>   Email

1. Clerk, U.S. District Court
2. Colin Rubich
   Assistant United States Attorney
      Counsel for the United States of America
3. Mark Henkel
   United States Probation Office
4. Alaina Marie Garcia
      Defendant

By:   <u>/S/ *Joseph A. Crone*</u>
JOSEPH A. CRONE
GIBSON PERRYMAN, PLLC
Counsel for Defendant