Joseph A. Crone
Gibson Perryman, PLLC
115 North Broadway, Suite 202
Billings, Montana 59101
P: (406) 571-4423; FAX: (901) 472-4169
E: joseph@gibsonperryman.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cause No.  CR-24-25-BU-DLC |
| v. | |
| ALAINA MARIE GARCIA, | **ACCEPTANCE OF RESPONSIBILITY** |
| Defendant. | |

Judge Christensen,

My name is Alaina Marie Garcia, and I have pled guilty to bank fraud under 18

U.S.C. §1344 and engaging in monetary transactions in property derived from

specified unlawful activity under 18 U.S.C. §1957 (b)(1) in Docket No. CR 24-25-

BU-DLC.  I recognize that my conduct was wrong, and I make no excuses for it.  I

accept responsibility for my conduct in this case and apologize to the Court and the

United States of America.

RESPECTFULLY SUBMITTED this 21st day of April, 2026.

ALAINA MARIE GARCIA

/S/ _____

Alaina Marie Garcia

## CERTIFICATE OF SERVICE
L.R. 5.2(b)

I, Joseph A. Crone, Attorney for Defendant, hereby certifies that ON April 21, 2026 a copy of the foregoing document was served on these persons by the following means:

1,2    CM/ECF

_____    Hand Delivery

4 _____    Mail

_____    Overnight Delivery Service

_____    Fax

3 _____    Email

1. Clerk, U.S. District Court
2. Colin Rubich
   Assistant United States Attorney
        Counsel for the United States of America
3. Ashley Tierney
   United States Probation Office
4. Alaina Marie Garcia
        Defendant

By:    /S/ *Joseph A. Crone*
       JOSEPH A. CRONE
       GIBSON PERRYMAN, PLLC
       Counsel for Defendant