Joseph A. Crone
Gibson Perryman, PLLC
115 North Broadway, Suite 202
Billings, Montana 59101
P: (406) 571-4423; FAX: (901) 472-4169
E: joseph@gibsonperryman.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAINA MARIE GARCIA, <br><br> Defendant. | Cause No.  CR-24-25-BU-DLC <br><br> **MOTION TO WITHDRAW PLEA OF GUILTY** |

COMES NOW, Defendant Alaina Marie Garcia, by and through her counsel Joseph A. Crone and Theodore Watson, at the specific request of the client, pursuant to Rulle 11(d)(2)(B) of the Federal Rules of Criminal Procedure and files this Motion to Withdraw Guilty Plea.  In support of her motion, Defendant states as follows:

1. On January 21, 2026, Ms. Garcia plead guilty to Count I and Count 5 of the indictment.  Count 1 charged wire fraud, in violation of 18 U.S.C. § 1343 and Count 5 charged engaging in monetary transaction in property derived from specified unlawful activity, in violation of 18 U.S.C. §1957.

2. Ms. Garcia is scheduled to be sentenced on May 20, 2026.

3. A guilty plea may be withdrawn after it is accepted but before sentence is imposed if the Defendant can show a fair and just reason for the withdrawal.  Fed.R.Crim.P. 11(d)(2)(B).

4. Ms. Garcia asserts that evidence has been newly discovered that was not available to her at the time she plead guilty.  Ms. Garcia asserts that said newly discovered evidence has a direct bearing on her potential innocence, and would not have plead guilty to the charges in the Indictment.

5. Pursuant to local rule, the undersigned has conferred with Assistant United States Attorney Colin Rubich.  The Government opposes this Motion.

6. A memorandum in support of this motion is being filed contemporaneously and is incorporated by reference.

7. An evidentiary hearing on the motion may be helpful to allow Ms. Garcia to explain why she feels that the newly discovered evidence is material to her innocence.  If the Court determines a hearing is necessary, the undersigned anticipates a hearing on this motion will consume one hour of the Court's time.

8. Counsels in this case anticipate filing their motions to withdraw from this

case.

WHEREFORE, for the foregoing reasons, Defendant Alaina Marie Garcia, prays this Honorable Court grant her Motion to Withdraw Guilty Plea, and for whatever further relief this Court deems necessary and just.

RESPECTFULLY SUBMITTED this 5th day of May, 2026.

ALAINA MARIE GARCIA

*/S/ Joseph A. Crone*
GIBSON PERRYMAN, PLLC
Joseph A. Crone, Attorney
    Counsel for Defendant

# CERTIFICATE OF SERVICE
L.R. 5.2(b)

I, Joseph A. Crone, Attorney for Defendant, hereby certifies that ON May 5, 2026 a copy of the foregoing document was served on these persons by the following means:

1,2    CM/ECF

_____    Hand Delivery

4    Mail

_____    Overnight Delivery Service

_____    Fax

3    Email

1. Clerk, U.S. District Court

2. Colin Rubich
   Assistant United States Attorney
        Counsel for the United States of America

3. Ashley Tierney
   United States Probation Office

4. Alaina Marie Garcia
        Defendant

By:    /S/ *Joseph A. Crone*
        JOSEPH A. CRONE
        GIBSON PERRYMAN, PLLC
        Counsel for Defendant