IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALAINA MARIE GARCIA, | |
| Defendant. | |

Before the Court is Defendant Alaina Marie Garcia's motion to withdraw guilty plea. (Doc. 57.) The government opposes. (*Id.* at 2.)

IT IS ORDERED that the Government shall respond to the motion on or before May 18, 2026.

IT IS FURTHER ORDERED that the Court will hear the motion on May 20, 2026 at 1:30 p.m., with sentencing to follow in the event that the motion is denied.[1]

DATED this 5th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court

---

[1] Defendant's motion states that "Counsels [sic] in this case anticipate filing their motions to withdraw from this case." (Doc. 57 at 2–3.) In the event Counsel file motions to withdraw, the Court will hear those motions prior to sentencing, in addition to the motion to withdraw guilty plea. Counsel should be prepared to proceed to sentencing May 20, 2026, in the event those motions are denied.

1