

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | ███████ | **Location:** | ██████ |
| **Investigation Name:** | Garcia, Alaina M | | |
| **Date:** | September 5, 2024 | | |
| **Time:** | 1:41-2:00pm | | |
| **Participant(s):** | Timothy Kahl, Witness | | |
| | Brian Anderson, Special Agent | | |
| | Simon Chen, Special Agent | | |

On the above date and approximate time, Special Agents Anderson and Chen conducted an interview of Timothy Kahl ("Kahl").   Agents identified themselves with their credentials and explained the nature of their investigation of Alaina Garcia ("GARCIA").   The interview was not audio recorded. Kahl provided the following information, in summary, during the interview:

1. Kahl moved to Bozeman, MT in May 2020 from Mexico City.  He knew a real estate agent named Joe Duval (Duval).  Duval may work for Montana Life Real Estate.   Kahl was approached by Duval to see if he wanted to make a short-term loan.  This loan would be made with GARCIA, however Kahl never met her in person.  Initially, Kahl recalled the principal amount of the loan being $150,000 or $250,000, then after being shown a document about the repayment, he remembered it was $350,000.  He heard GARCIA had prior Army service.

2. This loan was made around June 2020. He understood this was a short-term (a few months) loan that GARCIA would use to save a property she had on S Black Street.  There was no promissory note or documentation associated with the loan and it was unsecured.  Kahl thinks he might have some emails about the transaction.  Kahl was to receive $70,000 interest on the loan.   Kahl said he had never done anything like this before.

3. The repayment was eventually late.  Kahl understood GARCIA was waiting to receive another "business loan" in order for her to pay Kahl back, but didn't know any more details.  He knew this mostly from contact with Duval, but had a few calls with GARCIA.

4. Kahl eventually got paid back and confirmed that a Wire Transfer to Zion's Bank on 03/29/2021, in the amount of $420,000, represented the funds for repayment of the loan.  Kahl had no contact with GARCIA after the repayment.  Kahl thought he would have originally funded the loan to GARCIA out of his account

at Zion's Bank.

5. Kahl didn't know GARCIA received a PPP loan.

6. Kahl did not get a Form 1099 for the interest on this loan.

7. Bluebird Property Rentals sounds familiar to Kahl as being associated with GARCIA. When Kahl purchased a condo in Big Sky from an entity with "Bluebird" in the name he did not believe this was related to GARCIA. It seems like coincidence.

8. ██████████████████████████████████████████

I prepared this memorandum on September 13, 2024, after refreshing my memory from notes made during and immediately after the interview with Timothy Kahl.



Brian Anderson
Special Agent

Chan Chen
Special Agent

U.S. Treasury Criminal Investigation