Joseph A. Crone
Gibson Perryman, PLLC
115 North Broadway, Suite 202
Billings, Montana 59101
P: (406) 571-4423; FAX: (901) 472-4169
E: joseph@gibsonperryman.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAINA MARIE GARCIA, <br><br> Defendant. | Cause No.  CR-24-25-BU-DLC <br><br> **BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Ms. Garcia has pled Guilty on January 21, 2026 to one count of wire fraud, in violation of 18 U.S.C. § 1343, and one count of engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. §1957.  This Honorable Court rendered an Order setting Sentencing Hearing on May 20, 2026 (Doc. 45.) Attorneys for Ms. Garcia, Attorneys Joseph A. Crone and Theodore Watson, ("Attorneys") have been actively advocating on behalf of the Defendant pursuant to the updated Scheduling Order rendered on April 17, 2026 (Doc.  54.) In observance of said Order, counsel has filed Acceptance of Responsibility for Defendant on April 22, 2026 (Doc. 55.)

1

Attorneys have also filed their Sentencing Memorandum on behalf of Defendant on May 8, 2026 (Doc. 61.)  However, pursuant to the instructions of Defendant, Attorneys also filed their First Motion to Withdraw Plea of Guilty (Doc. 57.) along with Defendant's Brief in Support of Motion to Withdraw Plea of Guilty (Doc. 58.)  This Honorable Court, in its Order dated May 5, 2026, stated "Defendant's motion states that ""Counsels [sic] in this case anticipate filing their motions to withdraw from this case."" (Doc. 57 at 2-3.)  In the event Counsel file motions to withdraw, the Court will hear those motions prior to sentencing, in addition to the motion to withdraw guilty plea.  Counsel should be prepared to proceed to sentencing May 20, 2026, in the event those motions are denied."

Prior to filing Doc. 57 and Doc. 58., Defendant was fully advised that Attorneys intended to file a Motion to Withdraw should Defendant instruct Attorneys to file her Motion to Withdraw Guilty Plea.  Attorneys have discussed with Defendant their reasons for deciding to withdraw from representation and Defendant has authorized Attorneys to withdraw as counsel.

## ARGUMENT

Pursuant to Local Rule 83.2, both the Montana Rules of Professional Conduct and the ABA Model Rules of Professional Conduct apply to the conduct of attorneys practicing before this Court.  Rule 1.16 of both the Montana and ABA versions of the Rules of Professional Conduct govern declining or terminating

2

representation.  The rules state "a lawyer may withdraw from representing a client if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client" as well as if  "(7) other good cause exists."

As is explained in ABA Formal Op. 519, Attorneys do not otherwise have the ability to disclose information related to the representation of Defendant, which would include more details regarding the reasons and justifications for seeking withdrawal absent an appropriate court order.  ABA Formal Op. 519 at 7 ("A lawyer may reveal information relating to the representation in support of a withdrawal motion if the judge, seeking more information to decide the motion, orders the lawyer to make further disclosure.  If the court so orders, Rule 1.6(b)(6) expressly permits the lawyer to disclose the information, but only to the extent reasonably necessary.") (copy attached).

## CONCLUSION

Attorneys hereby respectfully request that for good cause shown, and in accordance with Rule 1.16(b) of both the Montana and ABA Model Rules of Professional Conduct, this Honorable Court permit their withdrawal from this matter and enter an order granting this motion to withdraw.

RESPECTFULLY SUBMITTED this 12th day of May, 2026.

BY: */S/ Joseph A. Crone*
GIBSON PERRYMAN, PLLC
Joseph A. Crone, Attorney
Counsel for Defendant

3

## <u>CERTIFICATE OF SERVICE</u>
L.R. 5.2(b)

I, Joseph A. Crone, Attorney for Defendant, hereby certifies that a copy of the foregoing document was served on these persons by the following means:

_1,2_   CM/ECF

_____   Hand Delivery

_4__   Mail

_____   Overnight Delivery Service

_____   Fax

_3__   Email


1. Clerk, U.S. District Court

2. Colin Rubich
   Assistant United States Attorney
      Counsel for the United States of America

3. Ashley Tierney
   United States Probation Office

4. Alaina Marie Garcia
      Defendant

By:   /S/ *Joseph A. Crone*
      JOSEPH A. CRONE
      GIBSON PERRYMAN, PLLC
      Counsel for Defendant

4