Joseph A. Crone
Gibson Perryman, PLLC
115 North Broadway, Suite 202
Billings, Montana 59101
P: (406) 571-4423; FAX: (901) 472-4169
E: joseph@gibsonperryman.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAINA MARIE GARCIA,<br><br>Defendant. | Cause No.  CR-24-25-BU-DLC<br><br>**BRIEF IN SUPPORT OF MOTION FOR REMOTE APPEARANCE** |

Ms. Garcia has pled Guilty on January 21, 2026, to one count of wire fraud, in violation of 18 U.S.C. § 1343, and one count of engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. §1957.  The Sentencing of this matter was set for May 20, 2026, by virtue of the Order rendered on January 21, 2026 (Doc. 45.) Ms. Garcia filed her First Motion to Withdraw Guilty Plea (Doc. 57.) and Brief in Support of Garcia's First Motion to Withdraw Guilty Plea (Doc. 58.) on May 5, 2026.  Attorneys for Ms. Garcia filed their First Motion to Withdraw as Attorney of Record (Doc. 64.) and Brief in Support of First Motion to Withdraw as Attorney of Record (Doc. 65.) on

1

May 13, 2026.  This Honorable Court set motions hearings immediately prior to the Sentencing of this cause on May 20, 2026, by virtue of the Order rendered on May 5, 2026 (Doc. 59.)

## ARGUMENT

As discussed in the Motion to Appear via Zoom filed immediately preceding this Brief in Support of Motion to Appear Via Zoom, Attorney Joseph A. Crone will be appearing in person with Defendant on May 20, 2026.  Attorney Theodore Watson has participated in this litigation beginning when he filed his First Motion for Leave to Appear as Pro Hac Vice Attorney on December 13, 2024 (Doc. 25.) Attorney Theodore Watson has traveled overseas to tend to his elderly mother who is elderly, sick and suffering from severe dementia.  Attorney Theodore Watson has coordinated this planned trip with other caregivers for the care of his mother. Attorney Theodore Watson has been out of country since April 23, 2026, and is set to return to the United States on May 30, 2026.  Attorney Theodore Watson is currently the only family member able to care for his mother at this time.

Similarly, Mr. Michael Santucci has been a consultant to defense counsel relating to sentencing matters.  Mr. Michael Santucci resides in South Florida. Mr. Michael Santucci has been present during all conversations and communications between defense counsel relating to the recent motions filed in this Honorable Court and all matters relating to sentencing.  His presence on Zoom may be helpful

2

to defense counsel and this Honorable Court to answer any questions or testify before this Honorable Court relating to motions or pleadings previously filed by defense counsel.

This Motion for Remote Appearance and Brief in support is not meant for the purpose of harassment or delay but is supported by good cause.  The relief requested herein will best serve the interests of Defendant, facilitate the effective administration of justice, and allow for full participation before this Honorable Court.

## CONCLUSION

Attorneys hereby respectfully request that for good cause shown, that this Honorable Court permit Zoom appearance by Attorney Theodore Watson and Mr. Michael Santucci.

RESPECTFULLY SUBMITTED this 14th day of May, 2026.

BY: */S/ Joseph A. Crone*
GIBSON PERRYMAN, PLLC
Joseph A. Crone, Attorney
        Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>
L.R. 5.2(b)

I, Joseph A. Crone, Attorney for Defendant, hereby certifies that a copy of the foregoing document was served on these persons by the following means:

_1,2_   CM/ECF

_____   Hand Delivery

_4__   Mail

_____   Overnight Delivery Service

_____   Fax

_3__   Email


1. Clerk, U.S. District Court

2. Colin Rubich
   Assistant United States Attorney
         Counsel for the United States of America

3. Ashley Tierney
   United States Probation Office

4. Alaina Marie Garcia
         Defendant

                    By:   /S/ *Joseph A. Crone*
                          JOSEPH A. CRONE
                          GIBSON PERRYMAN, PLLC
                          Counsel for Defendant