IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALAINA MARIE GARCIA, | |
| Defendant. | |

Before the Court is Defendant's unopposed motion for remote appearance. (Doc. 66.) Through the motion, Defendant seeks leave for attorney Theodore Watson and consultant Michael Santucci to appear via Zoom at the May 20, 2026 hearing in the above-captioned matter. (*Id.* at 1–2.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 66) is GRANTED. Attorney Theodore Watson and consultant Michael Santucci may appear via Zoom at the May 20 hearing.

DATED this 18th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court