In the United States District Court
for the district of Montana
Butte Division
May 19, 2026

United States of America    CR24-25-BU-DLC.

Plaintiff,

    vs.

Alaina Marie Garcia
    Defendent
        Supplemental briefing on
    the motion to withdraw
        guilty plea

    Defendent respectfully submits alleged
Brady disclosure concerns regarding
Doc#71-1 Govt Exhibit Submitted 05/18/26.
I apologize for the late submission
as I just recieved the reference
document that was not disclosed
to me with discovery, as due process rights.

        Alaina Garcia