# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

Case No: **2:24CR00025-001**

Date: _May 28, 2026_

## NOTICE OF APPEAL

**UNITED STATES OF AMERICA**,

Respondent,

v.

**ALAINA MARIE GARCIA**,

Appellant.

**Special Appearance Only**

Submitted by:

**Alaina: Garcia.**

A LIVING WOMAN STANDING IN PRIVATE CAPACITY

NOT THE ENTITY "ALAINA MARIE GARCIA"

c/o 56 Hitching Post Rd

Bozeman, Montana

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

Please take notice that on this date, Alaina: **Garcia**, appearing **specially** and not generally, and avoiding any unintentional joinder has filed the following documents with the Court:

**1. Motion to Vacate and Set Aside Order**

**2. Proposed Order Regarding Said Motion**

These documents are submitted for filing into the court record.
A copy has been mailed to the prosecuting authority at:

**Assistant U.S. Attorney**
**Colin M. Rubich**
**2601 2nd Avenue North, Ste 3200**
**Billings, MT 59101**

Respectfully submitted,

**Alaina: Garcia.**
A LIVING WOMAN STANDING IN PRIVATE CAPACITY
Authorized Agent for "ALAINA MARIE GARCIA"
All Rights Reserved

Signature: