Stephen R. Hormel
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Butte Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:24-CR-025-DLC |
| Plaintiff/Appellee, | ) | |
| vs. | ) | MOTION FOR RELEASE |
| | ) | PENDING APPEAL |
| ALAINA MARIE GARCIA, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |
| | ) | |

ALAINA MARIE GARCIA, through counsel, Stephen R. Hormel for

Hormel Law Office, LLC, pursuant to 18 U.S.C. 3143(b) and Ninth Circuit Rule

9-1-2(a), moves the Court to release her from incarceration pending her appeal to

the Ninth Circuit, CA No. 26-3462.

This motion is supported by the Memorandum in Support of Motion for

Release Pending Appeal, the Court's record and file. The government objects to

release pending appeal in this matter.

Motion for Release
Pending Appeal

1

Dated: July 6, 2026.

Respectfully Submitted,


*s/ Stephen R. Hormel*
MT Bar 3059
Counsel for Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System which will send notification of

such filing to the following: Colin Rubich, Assistant United States Attorney.


*s/ Stephen R. Hormel*
Counsel for Defendant/Appellant

Motion for Release
Pending Appeal

2